UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CLARENCE T. NALLS, JR., D/B/A
C.C. & SHIPPING, INC.

VERSUS

BRAD SMITH, ET AL

CIVIL ACTION

NO. 13-539-SDD-SCR

## RULING

The Court has carefully considered the *Petition*, the record, the law applicable to this action, and the *Report and Recommendation* of United States Magistrate Judge Stephen C. Riedlinger dated November 21, 2013. Plaintiff has filed an objection which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the *Motion to Remand*[1] filed by Plaintiff Clarence T. Nalls, Jr. d/b/a C.C. & Shipping, Inc. is denied.

Baton Rouge, Louisiana, December 12th, 2013.

*Shelly D. Dick*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Record Document 12